JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PRESS, as an individual and on behalf of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>USA DEBUSK, LLC, a limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20−cv−04159−CJC−AGR<br><br>**ORDER RE JOINT STIPULATION TO DISMISS THE INDIVIDUAL AND CLASS ACTION CLAIMS AGAINST DEFENDANT USA DEBUSK, LLC**<br><br>Complaint filed: March 20, 2020 (Los Angeles County Superior Court, Case No. 20STCV11331)<br><br>Trial Date: None Set |

**ORDER**

Having received the Joint Stipulation To Dismiss The Individual And Class Action Claims Against Defendant USA DeBusk, LLC, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1) The above-entitled action, and all causes of action therein, shall be and hereby are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure ("Rule") 23(e) and 41.

2) No notice of dismissal shall issue to the putative class.

3) The parties shall bear their own costs and attorneys' fees. Neither party shall file a cost or fee petition based on this dismissal. Nothing in this Order or the Parties' settlement agreement shall render any party a "prevailing party" for purposes of an award of attorneys' fees, costs, or otherwise.

Dated: June 8, 2020

_____
The Honorable CORMAC J. CARNEY
Chief United States District Judge